In the Matter of ANTHONY T. POWDERLY, II, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Present— Goldman, P. J., Witmer, Gabrielli, Moule and Henry, JJ.